**SNYDER,**
*Respondent - Cross-Appellant,*

*v.*

**MUTCH,**
*Appellant - Cross-Respondent.*

(83-10-173; A34444)

710 P2d 163

Paul J. Kelly, Jr., Portland, argued the cause for appellant - cross-respondent. With him on the briefs was Glasgow & Kelly, Portland.

John C. Anicker, Jr., Oregon City, argued the cause and filed the brief for respondent - cross-appellant.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

On appeal, reversed and remanded with instructions to award defendant a reasonable attorney fee. Affirmed on cross-appeal.